**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ALAN R. KING, JR.,
REG. #08297-028                                                                                        PLAINTIFF

v.                                           2:11-cv-00145-DPM-JTK

T. C. OUTLAW, et al.                                                                             DEFENDANTS

## ORDER

By Order dated September 30, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 6). Summons was returned, unexecuted, with respect to Defendants Steven Melton and Eric Thompson on October 19, 2011 (Doc. Nos. 9, 10). Included with Thompson's return is his new address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Eric Thompson, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant Thompson at the address provided on the return, without prepayment of fees and costs or security therefore. The Clerk is directed to file the new address of Defendant Thompson under seal.

IT IS FURTHER ORDERED that Defendants shall provide to the Court the last-known address of Defendant Melton within ten days of the date of this Order.

IT IS SO ORDERED this 26th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE