# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| ALAN R. KING, JR., REG. #08297-028 | PLAINTIFF |
| v.   2:11-cv-00145-DPM-JTK | |
| T. C. OUTLAW, et al. | DEFENDANTS |

## ORDER

Pursuant to FED.R.CIV.P. 12(d), this Court will construe Defendants' Motions to Dismiss (Doc. Nos. 24, 34) as Motions for Summary Judgment. The parties may submit an additional brief and/or evidence in support of their respective positions within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE