**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ALAN R. KING, JR.,                                                                                    PLAINTIFF
REG. #08297-028

v.                                                 2:11-cv-00145-DPM-JTK

T. C. OUTLAW, et al.                                                                              DEFENDANTS

**ORDER**

Pursuant to Fed.R.Civ.P. 12(d), this Court will construe Defendants' Motions to Dismiss (Doc. Nos. 24, 34) as Motions for Summary Judgment. The parties may submit an additional brief and/or evidence in support of their respective positions within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE