IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN R. KING, JR.                                                                    PLAINTIFF
Reg. # 08297-028

v.                             No. 2:11-cv-145-DPM-JTK

T.C. OUTLAW, Warden, FCI–Forrest City;
ERIC THOMPSON, Special Investigator,
FCI–Forrest City; and STEVEN MELTON,
Former Prison Guard, FCI–Forrest City                                      DEFENDANTS

ORDER

King has not objected to Magistrate Judge Kearney's recommendation, *Document No. 39*, that his complaint be dismissed. The Court sees no legal error or clear factual error in the proposal. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). The Court therefore adopts the proposed decision. Motions to dismiss, *Document Nos. 24 & 34*, granted. King's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2012