IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN R. KING, JR.                                                                    PLAINTIFF
Reg. # 08297-028

v.                              No. 2:11-cv-145-DPM

T.C. OUTLAW, Warden, FCI–Forrest City;
ERIC THOMPSON, Special Investigator,
FCI–Forrest City; and STEVEN MELTON,
Former Prison Guard, FCI–Forrest City                              DEFENDANTS

## JUDGMENT

King's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

24 April 2012